matter to the district court for further proceedings consistent with this
 order.

 ,J.
 Hardesty

 , J.
 Douglas

 CHERRY, J., concurring:
 For the reasons stated in the SFR Investments Pool 1, LLC v.
 U.S. Bank, N.A., 130 Nev. , 334 P.3d 408 (2014), dissent, I disagree
 that respondent lost its lien priority by virtue of the homeowners
 association's nonjudicial foreclosure sale. I recognize, however, that SFR
 Investments is now the controlling law and, thusly, concur in the

 a
 disposition of this appeal.

 ltititett," , J.
 Cherry

 cc: Hon. Susan Johnson, District Judge
 Howard Kim & Associates
 Brooks Hubley LLP
 Eighth District Court Clerk

SUPREME COURT
 OF
 NEVADA
 2
(0) 1947A a